B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Eastern District of Virginia

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **Greenbrier Hospitality, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) **72-1550132** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): **817 Greenbrier Circle, Chesapeake, VA** ZIP Code **23321** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP Code |
| County of Residence or of the Principal Place of Business: **Chesapeake City** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP Code | Mailing Address of Joint Debtor (if different from street address): ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ■ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)     Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Greenbrier Hospitality, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10) — Page 3

| Voluntary Petition | Name of Debtor(s): **Greenbrier Hospitality, LLC** |
|---|---|

*(This page must be completed and filed in every case)*

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  **/s/ John D. McIntyre**
Signature of Attorney for Debtor(s)

**John D. McIntyre 35925**
Printed Name of Attorney for Debtor(s)

**Wilson & McIntyre, PLLC**
Firm Name

**500 East Main Street
Suite 920
Norfolk, VA 23510**
Address

**757-961-3900  Fax: 757-961-3966**
Telephone Number

**September 14, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Mukesh Barot**
Signature of Authorized Individual

**Mukesh Barot**
Printed Name of Authorized Individual

_____
Title of Authorized Individual

**September 14, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Eastern District of Virginia

In re  **Greenbrier Hospitality, LLC**
Debtor(s)

Case No.
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| BB&T<br>c/o Bryant McGann<br>500 World Trade Center<br>Norfolk, VA 23510 | BB&T<br>c/o Bryant McGann<br>500 World Trade Center<br>Norfolk, VA 23510 | | | 5,000,000.00<br><br>(4,000,000.00 secured) |
| Clear Channel Airports<br>PO Box 847247<br>Dallas, TX 75284 | Clear Channel Airports<br>PO Box 847247<br>Dallas, TX 75284 | for acct | | 950.00 |
| Cox Communications<br>PO Box 183124<br>Columbus, OH 43218 | Cox Communications<br>PO Box 183124<br>Columbus, OH 43218 | for acct | | 1,922.00 |
| Dominion Virginia Power<br>PO Box 26543<br>Richmond, VA 23290-0001 | Dominion Virginia Power<br>PO Box 26543<br>Richmond, VA 23290-0001 | for acct | | 5,748.00 |
| Ecolab<br>PO Box 905327<br>Charlotte, NC 28290 | Ecolab<br>PO Box 905327<br>Charlotte, NC 28290 | for acct | | 784.00 |
| Erie Insurance Group<br>100 Erie Place<br>Erie, PA 16530 | Erie Insurance Group<br>100 Erie Place<br>Erie, PA 16530 | for acct | | 1,352.00 |
| Guest Supply<br>PO Box 910<br>Monmouth Junction, NJ 08852 | Guest Supply<br>PO Box 910<br>Monmouth Junction, NJ 08852 | for acct | | 4,944.00 |
| HD Supply Facilities<br>PO Box 509058<br>San Diego, CA 92150 | HD Supply Facilities<br>PO Box 509058<br>San Diego, CA 92150 | for acct | | 3,052.00 |
| HRUBS<br>PO Box 1651<br>Norfolk, VA 23501 | HRUBS<br>PO Box 1651<br>Norfolk, VA 23501 | for acct | | 2,306.00 |
| Internal Revenue Service<br>400 N 8th St, Box 76<br>Richmond, VA 23219 | Internal Revenue Service<br>400 N 8th St, Box 76<br>Richmond, VA 23219 | for 941 Payroll taxes | | 7,642.00 |
| Jones & Wlker, P.C.<br>128 South Lynnhave Rd<br>Virginia Beach, VA 23452 | Jones & Wlker, P.C.<br>128 South Lynnhave Rd<br>Virginia Beach, VA 23452 | for acct | | 2,600.00 |

B4 (Official Form 4) (12/07) - Cont.

In re **Greenbrier Hospitality, LLC**                                    Case No. _____
                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Lodgenet<br>PO Box 952141<br>Saint Louis, MO 63195 | Lodgenet<br>PO Box 952141<br>Saint Louis, MO 63195 | for acct | | 1,101.00 |
| Sysco Food Services<br>7000 Harbour View Blvd<br>Suffolk, VA 23435 | Sysco Food Services<br>7000 Harbour View Blvd<br>Suffolk, VA 23435 | for acct | | 147,334.00 |
| Thyssen Krupp Elevator<br>PO Box 933007<br>Atlanta, GA 31193 | Thyssen Krupp Elevator<br>PO Box 933007<br>Atlanta, GA 31193 | for acct | | 1,870.00 |
| Virginia Dept. of Taxation<br>PO Box 26655<br>Richmond, VA 23261-6644 | Virginia Dept. of Taxation<br>PO Box 26655<br>Richmond, VA 23261-6644 | previously owed sales tax | | 2,000.00 |
| Virginia Dept. of Taxation<br>PO Box 26655<br>Richmond, VA 23261-6644 | Virginia Dept. of Taxation<br>PO Box 26655<br>Richmond, VA 23261-6644 | VA-5 | | 1,137.00 |
| Virginia Dept. of Taxation<br>PO Box 26655<br>Richmond, VA 23261-6644 | Virginia Dept. of Taxation<br>PO Box 26655<br>Richmond, VA 23261-6644 | Unpaid Taxes (Personal Property) | | 32,853.33 |
| Virginia Dept. of Taxation<br>PO Box 26655<br>Richmond, VA 23261-6644 | Virginia Dept. of Taxation<br>PO Box 26655<br>Richmond, VA 23261-6644 | 5% state tax on room revenue | | 8,871.00 |
| Virginia Natural Gas<br>PO Box 4569<br>Atlanta, GA 30302-4569 | Virginia Natural Gas<br>PO Box 4569<br>Atlanta, GA 30302-4569 | for acct | | 924.00 |
| Wyngate by Wyndam<br>14821 Collections Center Dr.<br>Chicago, IL 60693 | Wyngate by Wyndam<br>14821 Collections Center Dr.<br>Chicago, IL 60693 | | | 40,000.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the ___ of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **September 14, 2011**                Signature    **/s/ Mukesh Barot**
                                                         **Mukesh Barot**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

```
Abler Communications
PO Box 5744
Virginia Beach, VA 23464


Atlantic Protective Services
700 S. Military Hwy
Virginia Beach, VA 23464


BB&T
PO Box 580003
Charlotte, NC 28258


BB&T
c/o Bryant McGann
500 World Trade Center
Norfolk, VA 23510


Cartridge World
4001 Virginia Beach Blvd
Virginia Beach, VA 23452


Catalfamo & Associates
PO Box 502
Moyock, NC 27958


Central Maryland Association
1539 Tilco Drive #114
Frederick, MD 21704


Clear Channel Airports
PO Box 847247
Dallas, TX 75284


Commercial Grounds Maintenance
1018 Weeping Willow Drive
Chesapeake, VA 23322


Cox Communications
PO Box 183124
Columbus, OH 43218


Dominion Virginia Power
PO Box 26543
Richmond, VA 23290-0001
```

Douglas A. Ward, Inc
PO Box 3110
Suffolk, VA 23439


DSM, Inc
5874 Clear Spring Road
Virginia Beach, VA 23464


Ecolab
PO Box 905327
Charlotte, NC 28290


Eric Holder, Jr, Atty General
US Department of Justice
950 Pennsylvania Ave
Washington, DC 20530


Erie Insurance Group
100 Erie Place
Erie, PA 16530


ESI Electronic System
369 Edwin Drive
Virginia Beach, VA 23452


FN Wholesale Lighting & Supply
44 Kingston Drive #116
Daleville, VA 24083


Guest Supply
PO Box 910
Monmouth Junction, NJ 08852


HD Supply Facilities
PO Box 509058
San Diego, CA 92150


HRUBS
PO Box 1651
Norfolk, VA 23501


Huber Company
25401 Network Place
Chicago, IL 60673

```
Internal Revenue Service
400 N 8th St, Box 76
Richmond, VA 23219


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Jones & Wlker, P.C.
128 South Lynnhave Rd
Virginia Beach, VA 23452


Lodgenet
PO Box 952141
Saint Louis, MO 63195


MSI
7600 N. 15th Street
Phoenix, AZ 85020


Quill
PO Box 37600
Philadelphia, PA 19101


S&D Coffee
PO Box 1628
Concord, NC 28026


Saintly Services
2439 Annie Circle
Chesapeake, VA 23320


Spider Pest Control
PO Box 12006
Norfolk, VA 23541


Sysco Food Services
7000 Harbour View Blvd
Suffolk, VA 23435


The CIT Group
21146 Network Place
Chicago, IL 60673
```

Thyssen Krupp Elevator
PO Box 933007
Atlanta, GA 31193


TMA Laser Group
1621 W. 25th Street
Suite 195
San Pedro, CA 90732


United States Attorney
8000 World Trade Center
101 W. Main St
Norfolk, VA 23510


USA Today
PO Box 677446
Dallas, TX 75267


Velocity
PO Box 1179
Holland, OH 43528


Virginia Dept. of Taxation
PO Box 26655
Richmond, VA 23261-6644


Virginia Natural Gas
PO Box 4569
Atlanta, GA 30302-4569


Waste Industries
PO Box 580495
Charlotte, NC 28258


Wyngate by Wyndam
14821 Collections Center Dr.
Chicago, IL 60693

**United States Bankruptcy Court**
**Eastern District of Virginia**

In re **Greenbrier Hospitality, LLC**  
Debtor(s)

Case No.  
Chapter **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Mukesh Barot**, declare under penalty of perjury that I am the duly appointed Manager of **Greenbrier Hospitality, LLC**, and that the following is a true and correct recitation of the resolutions adopted by the majority of the voting members of said corporation at a special meeting duly called and held on the 7th day of September, 2011.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Mukesh Barot**, of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Mukesh Barot**, of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Mukesh Barot**, of this Corporation is authorized and directed to employ **John D. McIntyre 35925**, attorney and the law firm of **Wilson & McIntyre, PLLC** to represent the corporation in such bankruptcy case."

Date **September 13, 2011**      Signed **/s/ Mukesh Barot**  
**Mukesh Barot, Manager**